# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALLET AND COMPANY INC., <br><br> Plaintiff, <br><br> v. <br><br> ADA LACAYO, RUSSELL T. BUNDY ASSOCIATES, INC., d/b/a BUNDY BAKING SOLUTIONS, SYNOVA, LLC, and WILLIAM "CHICK" BOWERS, <br><br> Defendants. <br><br> RUSSELL T. BUNDY ASSOCIATES, INC. d/b/a BUNDY BAKING SOLUTIONS and SYNOVA, LLC, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> MALLET AND COMPANY INC., VANTAGE SPECIALTY CHEMICALS, INC., ADA LACAYO, and WILLIAM "CHICK" BOWERS, <br><br> Counterclaim Defendants. | CASE NO.: 2:19-cv-01409 <br><br> The Honorable Cathy Bissoon |

**ORDER RE: MALLET AND COMPANY INC. AND VANTAGE SPECIALTY CHEMICALS, INC.'S MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS TO ITS MOTION FOR SUMMARY JUDGMENT UNDER SEAL**

AND NOW, this __17th__ day of __August__, 2023, upon consideration of Mallet and Company Inc. ("Mallet") and Vantage Specialty Chemicals, Inc.'s ("Vantage") Motion for Leave to File Certain Exhibits to Its Motion for Summary Judgment Under Seal, it is hereby ORDERED that said Motion is GRANTED.

Mallet and Vantage may file the confidential contents of certain exhibits in support of its motion for summary judgment under seal. The documents and information permitted to be filed under seal include the following:

(1) Mallet highly sensitive financial data;

(2) Mallet compiled customer names and sensitive customer information;

(3) Specific, confidential project information for certain Mallet customers;

(4) Mallet confidential and/or proprietary product manufacturing protocols and processes; and/or

(5) Bundy and Synova highly sensitive financial information.

IT IS FURTHER ORDERED before filing the confidential exhibits under seal, Mallet and Vantage shall file redacted versions, using the Redacted Document event. Then, counsel shall file the sealed confidential exhibits, using the ECF event: <Civil Events>, <Court Events>, <Other Events>, <Sealed Document>. (The foregoing provides a general description of recent modifications to the Court's sealing procedures, and is not intended to be limiting. Counsel may seek further guidance from the Clerk of Court, as necessary.) Otherwise, counsel shall comply with the provisions of this Court's ECF Ps & Ps. *See* web page -- https://www.pawd.uscourts.gov/sites/pawd/files/FINAL_ECF_Policies_Procedures_Feb_2022.pdf. The filer is required to serve the sealed confidential exhibits on counsel using traditional service methods. Sealing of the confidential exhibits is until further order, and the Court expressly retains the prerogative to revisit the matter once it engages the summary judgment adjudication(s). Ultimate decision(s) regarding the length of the seal are, thus, reserved.

                          BY THE COURT,

                            s/Cathy Bissoon
                          Judge Cathy Bissoon