ATTACHMENT K

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| MALLET AND COMPANY INC. <br> *Plaintiff* <br> v. <br> ADA LACAYO, et al. <br> *Defendant* | Civil Action No. 2:19-cv-01409-CB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the **defendant** *(name)* _____ recover costs from the **plaintiff** *(name)* _____ .

☑ **other:**   Verdict in favor of Plaintiff MALLET AND COMPANY INC.

.

This action was *(check one)*:

☑ tried by a jury with Judge   Cathy Bissoon   presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

.

Date:  4/11/2025                                   CLERK OF COURT

                                                    s/Joungsun Miller
                                                    *Signature of Clerk or Deputy Clerk*